1  ROBBINS ARROYO LLP
   BRIAN J. ROBBINS (190264)
2  brobbins@robbinsarroyo.com
   STEPHEN J. ODDO (174828)
3  soddo@robbinsarroyo.com
   600 B Street, Suite 1900
4  San Diego, CA 92101
   Telephone: (619) 525-3990
5  Facsimile: (619) 525-3991

6  [Additional Counsel on Signature Page]

7  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                    WESTERN DIVISION

| | |
|---|---|
| DENNIS PALKON, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HOWARD G. PHANSTIEL, ROBERT BERGLASS, JAMES T. ARMSTRONG, KENNETH L. COLEMAN, CAROL A. SCOTT, ANDREW D. MILLER, KENNETH D. DENMAN, B. RILEY FINANCIAL, INC., and UNIFY MERGER SUB, INC., <br><br> Defendants. | Case No. 2:16-cv-04168-BRO-SS <br><br> NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE <br><br> <u>CLASS ACTION</u> <br><br><br> Judge: Honorable Beverly Reid O'Connell <br> Courtroom: 14 <br> Date Action Filed: June 10, 2016 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   WHEREAS, on June 10, 2016, plaintiff Dennis Palkon ("Plaintiff"), on behalf of himself and all others similarly situated, filed his Complaint for Violations of the Federal Securities Laws and Brief of Fiduciary Duties (the "Complaint") challenging the acquisition of United Online, Inc. by B. Riley Financial, Inc., and Unify Merger Sub, Inc. (the "Action") (Document 1);

   WHEREAS, no defendant in this Action has answered the Complaint or filed a motion for summary judgment; and

   WHEREAS, Plaintiff has determined to dismiss his Action without prejudice.

   NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the Action without prejudice.

Dated: June 22, 2016

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO

             */s/ Stephen J. Oddo*
   STEPHEN J. ODDO

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
         soddo@robbinsarroyo.com

RYAN & MANISKAS
RICHARD A. MANISKAS
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: (484) 588-5516
Facsimile: (484) 450-2582
E-mail: rmaniskas@rmclasslaw.com

- 1 -

NOTICE OF VOLUNTARY DISMISSAL
Case No. 2:16-cv-04168-BRO-SS

1   Attorneys for Plaintiff
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27   1108293
28

- 2 -
NOTICE OF VOLUNTARY DISMISSAL
Case No. 2:16-cv-04168-BRO-SS

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

I further certify that I caused and true and correct copy of the foregoing to be sent via overnight delivery to the following:

| | |
|---|---|
| Michele D. Johnson<br>LATHAM & WATKINS LLP<br>650 Town Center Drive<br>20th Floor<br>Costa Mesa, CA 92626 | B. Riley Financial, Inc.<br>Registered Agent<br>National Corporate Research, Ltd.<br>850 New Burton Road, Suite 201<br>Dover, DE 19904 |
| *Attorneys for defendants Howard G. Phanstiel, Robert Berglass, James T. Armstrong, Kenneth L. Coleman, Carol A. Scott, Andrew D. Miller, and Kenneth D. Denman* | Unify Merger Sub, Inc.<br>Registered Agent<br>Corporation Service Company<br>2711 Centerville Rd, Suite 400<br>Wilmington, DE 19808 |

                                                */s/ Stephen J. Oddo*
                                                 STEPHEN J. ODDO

NOTICE OF VOLUNTARY DISMISSAL
Case No. 4:15-cv-00562-CRB